1 | **BRIDGET KENNEDY**
California State Bar No. 253416
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5030
Telephone (619) 234-8467
4 | Facsimile (619) 687-2666
bridget_kennedy@fd.org

6 | Attorneys for Mr. Preciado-Camarena

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY A. BENCIVENGO)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0010-CAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **BARDO PRECIADO-CAMARENA,** | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: January 8, 2008     *s/ Bridget Kennedy*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Preciado-Camarena
*bridget_kennedy@fd.org*

**CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 8, 2008                         */s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
bridget_kennedy@fd.org