AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN 29 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

BARDO PRECIADO-CAMARENA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0234-LAB

I, BARDO PRECIADO-CAMARENA, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

BARDO PRECIADO
Defendant

Bridget Kennedy
Counsel for Defendant

Before _____
JUDICIAL OFFICER